UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    JOHN B SEYBOLD III  
    DONNA J SEYBOLD  
        Debtor(s)

Case No. 07-11292

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/25/2007.

2) The plan was confirmed on 02/06/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/01/2009.

5) The case was dismissed on 11/13/2009.

6) Number of months from filing to last payment: 22.

7) Number of months case was pending: 31.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $63,500.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $17,487.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $17,487.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $982.04 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $1,982.04

Attorney fees paid and disclosed by debtor: $2,500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AAREN PEST CONTROL | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| ALLIED BUSINESS ACCOUNTS | Unsecured | 61.00 | 60.36 | 60.36 | 0.00 | 0.00 |
| AMERICAN FAMILY INSURANCE | Unsecured | 355.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN RECOVERY SYSTEM | Unsecured | 68.00 | NA | NA | 0.00 | 0.00 |
| ATI PLAINFIELD | Unsecured | 380.00 | NA | NA | 0.00 | 0.00 |
| AURORA EARTHMOVER CU | Unsecured | 1,485.00 | NA | NA | 0.00 | 0.00 |
| BRENART EYE CLINIC | Unsecured | 64.00 | NA | NA | 0.00 | 0.00 |
| CAMELOT RADIOLOGY | Unsecured | 44.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 832.00 | NA | NA | 0.00 | 0.00 |
| CASTLE ORTHO & SPORTS MEDICINE | Unsecured | 48.00 | NA | NA | 0.00 | 0.00 |
| CASTLE SURGICALCENTER | Unsecured | 268.00 | NA | NA | 0.00 | 0.00 |
| CENTER FOR FOOT & ANKLE SURG | Unsecured | 94.00 | NA | NA | 0.00 | 0.00 |
| CHECK IT | Unsecured | 34.00 | NA | NA | 0.00 | 0.00 |
| CITIMORTGAGE INC | Secured | 29,734.40 | 29,734.40 | 29,734.40 | 14,731.47 | 0.00 |
| CITIMORTGAGE INC | Secured | NA | NA | NA | 0.00 | 0.00 |
| CITY OF ROCHELLE AMBULANCE SE | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| CL DESIGN | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 145.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT SERVICES | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| DAVID CINTO MD | Unsecured | 52.00 | NA | NA | 0.00 | 0.00 |
| DAVID CINTO MD | Unsecured | 88.00 | NA | NA | 0.00 | 0.00 |
| DENTAL CLINIC | Unsecured | 38.00 | NA | NA | 0.00 | 0.00 |
| DERMATOLOGY LIMITED | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED SRVS | Unsecured | 227.00 | NA | NA | 0.00 | 0.00 |
| DREYER MEDICAL CLINIC | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| EARTHMOVER CREDIT UNION | Secured | 1,478.23 | 1,478.23 | 1,478.23 | 650.14 | 123.35 |
| ELK GROVE MRI | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| FIRST REVENUE ASSURANCE | Unsecured | 593.00 | NA | NA | 0.00 | 0.00 |
| FOX METRO WATER REC DISTRICT | Unsecured | 224.00 | NA | NA | 0.00 | 0.00 |
| FOX VALLEY FAMILY PRACTICE | Unsecured | 81.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| FUNTASTIC AT HOME | Unsecured | 57.00 | NA | NA | 0.00 | 0.00 |
| GENEVA EYE CLINIC | Unsecured | 292.00 | NA | NA | 0.00 | 0.00 |
| HARVARD COLLECTION SERVICE | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| HAWTHORNE VILLAGE | Unsecured | 63.00 | NA | NA | 0.00 | 0.00 |
| HERFF JONES | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| KCA FINANCIAL SERVICES | Unsecured | 399.00 | NA | NA | 0.00 | 0.00 |
| KENDALL COUNTY COLLECTOR | Secured | NA | NA | NA | 0.00 | 0.00 |
| KENDALL COUNTY RECORD | Unsecured | 420.00 | NA | NA | 0.00 | 0.00 |
| LEMONT MEDICAL | Unsecured | 1,268.00 | NA | NA | 0.00 | 0.00 |
| MEDIACOM | Unsecured | 56.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 14.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 190.00 | NA | NA | 0.00 | 0.00 |
| MINITEX | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 43.00 | NA | NA | 0.00 | 0.00 |
| OLD SECOND NATIONAL BANK | Unsecured | NA | 288.95 | 288.95 | 0.00 | 0.00 |
| OLD SECOND NATIONAL BANK | Unsecured | NA | 370.13 | 370.13 | 0.00 | 0.00 |
| PAYTEK | Unsecured | 78.00 | 378.40 | 378.40 | 0.00 | 0.00 |
| PHYSICAL THERAPY & REHAB SPEC | Unsecured | 193.00 | NA | NA | 0.00 | 0.00 |
| PRAIRIE VIEW ORTHODONTICS | Unsecured | 356.00 | NA | NA | 0.00 | 0.00 |
| PRO COM SERVICES CORP | Unsecured | 183.00 | NA | NA | 0.00 | 0.00 |
| RECOVERY BUREAU OF AMERICA | Unsecured | 329.00 | NA | NA | 0.00 | 0.00 |
| REVENUE PRODUCTION MANAGEME | Unsecured | 166.00 | NA | NA | 0.00 | 0.00 |
| RUSH COPLEY | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| RUSH COPLEY | Unsecured | 1,576.00 | NA | NA | 0.00 | 0.00 |
| SANDWICH FAMILY PRACTICE | Unsecured | 483.00 | NA | NA | 0.00 | 0.00 |
| SHAFFER & ASSOCIATES | Unsecured | 31.00 | 30.95 | 30.95 | 0.00 | 0.00 |
| SURGICAL PRACTICE | Unsecured | 68.00 | NA | NA | 0.00 | 0.00 |
| THE BUREAUS INC | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| UNION BANK | Unsecured | 742.00 | NA | NA | 0.00 | 0.00 |
| WISCONSIN DEPT OF REVUNUE | Unsecured | 518.00 | 992.93 | 992.93 | 0.00 | 0.00 |
| YORKVILLE DISTRICT 115 | Unsecured | 204.00 | NA | NA | 0.00 | 0.00 |
| YORKVILLE NATIONAL BANK | Unsecured | 660.00 | NA | NA | 0.00 | 0.00 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $29,734.40 | $14,731.47 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $1,478.23 | $650.14 | $123.35 |
| **TOTAL SECURED:** | **$31,212.63** | **$15,381.61** | **$123.35** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$2,121.72** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $1,982.04 |
| Disbursements to Creditors | $15,504.96 |
| **TOTAL DISBURSEMENTS :** | **$17,487.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/15/2010             By: /s/ Glenn Stearns
                                        Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**